IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE ANGEL DURAN,

    Plaintiff,

v.                                                          Case No. 1:20-cv-00669-KWR-SCY

UNITED SUPERMARKETS, L.L.C d/b/a
ALBERTSONS MARKETS #920,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion of all Parties hereto, to dismiss Plaintiff's claims with prejudice, and the Court having reviewed the Motion and being otherwise fully advised in the premises, **FINDS** that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff and all amendments thereto and all causes of action therein and all causes of action that could have been brought therein as against Defendant herein are **DISMISSED WITH PREJUDICE.**

All parties hereto shall bear their own attorney fees and costs.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

SUBMITTED BY:

/s/ *Monica R. Garcia*
Monica R. Garcia
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, New Mexico 87190
Telephone: (505) 884-0777
mrgarcia@btblaw.com
*Attorneys for Defendant*


/s/ Approved via email on 6/14/2021
Andras Szantho
Szantho Law Firm, P.C.
210 Montezuma Avenue, Suite 200
Santa Fe, New Mexico 87501
Telephone: 505-820-3366
andras@szantholaw.com
*Attorneys for Plaintiff*